■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY O'HENRY, Appellant. [785 NYS2d 715]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Collini, J.), rendered February 10, 2003, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's challenge to certain comments made by the prosecutor during summation is also unpreserved for appellate review, since the defense counsel failed to request curative instructions or move for a mistrial when the trial court sustained the defense counsel's objection (*see* CPL 470.05 [2]; *People v Medina,* 53 NY2d 951, 953 [1981]; *People v Clemmings,* 300 AD2d 672 [2002]; *People v McHarris,* 297 AD2d 824, 825 [2002]). In any event, any error was harmless under the circumstances (*see People v Crimmins,* 36 NY2d 230 [1975]; *People v Valdez,* 269 AD2d 550 [2000]).

The defendant's remaining contention is without merit. Santucci, J.P., Adams, Cozier and Rivera, JJ., concur.